GARY M. RESTAINO
United States Attorney
District of Arizona
RUI WANG
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

FILED

2025 JAN 29 PM 2: 05

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-00602 TUC-SHR(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (Making False Statements in Connection with Acquisition of Firearms) Counts 1-4 |
| Paula Lizette Bojorquez, | 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); Forfeiture Allegation |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNTS 1-4**

On or about the dates listed below, in the District of Arizona, Defendant PAULA LIZETTE BOJORQUEZ knowingly made false statements and representations in connection with the acquisition of firearms to the business listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of the sale of firearms by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the listed business, in that PAULA LIZETTE BOJORQUEZ stated that she was the actual transferee/buyer of the firearms, whereas in truth and fact, she was knowingly acquiring the firearms on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 02/24/2023 | John's Guns & Ammo | Pioneer Arms Hellpup 7.62x39mm pistol |
| 2 | 03/24/2023 | John's Guns & Ammo | Charter Arms Mag Pug .357 revolver |
| 3 | 03/24/2023 | John's Guns & Ammo | Glock 23 .40 caliber pistol |
| 4 | 03/24/2023 | John's Guns & Ammo | Pioneer Arms Hellpup 7.62x39mm pistol |

In violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

**<u>FORFEITURE ALLEGATION</u>**

Upon conviction of the offense alleged in Count One of this Indictment, defendant, PAULA LIZETTE BOJORQUEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Pioneer Arms Hellpup 7.62x39mm pistol, serial number PAC1185866; and one (1) Charter Arms Mag Pug .357 revolver, serial number 22C02174; one (1) Glock 23 .40 caliber pistol, serial number BYNN114; one (1) Pioneer Arms Hellpup 7.62x39mm pistol, serial number PAC1185046.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

///

*United States of America v. Paula Lizette Bojorquez*
*Indictment Page 2 of 3*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: January 29, 2025

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
RUI WANG
Assistant U.S. Attorney

*United States of America v. Paula Lizette Bojorquez*
*Indictment Page 3 of 3*